# Court of Appeals
# of the State of Georgia

ATLANTA,  July 28, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1793, A21A1794. ROSCOE ALLEN v. THE STATE.

Roscoe Allen was charged with aggravated assault and aggravated stalking in separate cases. In April 2021, he pled guilty to both charges and was sentenced as a first offender to a term of probation. In June 2021, the trial court entered separate orders finding that Allen had violated the terms of his probation in both cases, revoking his first offender status, adjudicating him guilty, and resentencing him. Allen filed these direct appeals seeking review of the revocation orders. We lack jurisdiction.

Because the underlying subject matter of these appeals is the revocation of Allen's first offender probation, he was required to file applications for discretionary appeal to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n.2 (745 SE2d 1) (2013); *Dean v. State*, 177 Ga. App. 123, 124-125 (1) (338 SE2d 711) (1985). Allen's failure to do so deprives us of jurisdiction over these direct appeals, which are hereby DISMISSED. See *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/28/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*